LOUIS SHACK, Respondent, v. HERMAN KATZ, Defendant, and JACOB A. WOTMAN, Appellant.— Order striking out answer of defendant Wotman and granting summary judgment, and judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

IRVING SILVERMAN, Appellant, v. BROOKLYN EDISON COMPANY, Respondent.— In an action for money alleged to have been paid under duress, judgment dismissing complaint at the close of plaintiff's case unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

AGNES SPALTY and Another, Respondents, v. CATHERINE LEMMERMEYER, Appellant.— Action by plaintiffs (husband and wife) for damages growing out of the negligent operation of an automobile, by reason of the manner in which it was driven across a drain five to six inches deep, across a public road, by the defendant, their daughter. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

ANNA SUDOWSKI, an Infant, by ANTOINETTE SUDOWSKI, Her Guardian ad Litem, Appellant, v. TOLEDO SCALE COMPANY, Respondent, and GEORGE GIANEKS and Another, Defendants.— Action to recover damages for personal injuries sustained by plaintiff when struck by an automobile operated by defendant George Gianeks and owned by defendant Agnes Gianeks, his wife. Appeal from judgment dismissing complaint as to defendant Toledo Scale Company at the close of plaintiff's case. Judgment affirmed, with costs. At the time of the accident, Gianeks was in the performance of his duties as general sales manager of defendant Toledo Scale Company. Under his contract of employment and all the circumstances appearing in the record, we hold, as a matter of law, that Gianeks was not an employee of the scale company, in the sense that the relation of master and servant as created would invoke the doctrine of *respondeat superior*, and, therefore, defendant, respondent, is not liable to the plaintiff. Young, Scudder and Tompkins, JJ., concur; Lazansky, P. J., and Carswell, J., dissent and vote for reversal and a new trial, with the following memorandum: The admission in the answer of respondent, Toledo Scale Company, and the facts indicate that Gianeks was an employee of said respondent and not an independent contractor. (*Lewis* v. *National Cash Register Co.*, 84 N. J. Law, 598.) Whether the use by Gianeks, in the course of his work, of an automobile not owned by said respondent was reasonably contemplated to be within the employment was a question of fact for the jury.

ESTHER M. TOLMACH, Respondent, v. ELK ESTATE, INC., Appellant.— Order striking out answer and granting plaintiff summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

THOMAS WATTS and Others, Respondents, v. ANTHONY McGUINNESS and Another, Appellants.— Order of the County Court of Orange county affirming a judgment of the City Court of Middletown in favor of plaintiffs, in an action for legal services, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.